USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 5, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
        :

DR. EUBULUS J. KERR III,        :

        :

        Plaintiff/Petitioner,    :    16-cv-8155 (KBF)

        :

        -v-        :    ORDER

        :

TABITHA BELESIS et al.,        :

        :

        :

        Defendants.    :

        :

-------------------------------------------------------------------X
-

KATHERINE B. FORREST, District Judge:

The Court administratively terminates this case, as it was resolved through other related cases.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
        April 5, 2018

_____
    KATHERINE B. FORREST
    United States District Judge